THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD V. PICERNO, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Richmond, convicting defendant of the crime of book-making in violation of section 986 of the Penal Law, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Beldock, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CELIA WEINER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CELIA WEINER, Appellant.— Defendant appeals from two judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting her of violations of provisions of the Multiple Dwelling Law, upon respective pleas of guilty; and from " the denial of defendant's motion " to withdraw the said pleas. Judgments unanimously affirmed. The appeals from " the denial of defendant's motion " are dismissed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Beldock, JJ.